**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-29364 |
| | § | |
| LAPONDA RENEE BROWN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 07/16/2015, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/16/2015            By: /s/ David P. Leibowitz
                                         Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:                                  §        Case No. 14-29364
                                        §
LAPONDA RENEE BROWN                     §
                                        §
                                        §
            Debtor(s)                   §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $7,582.00 |
| *and approved disbursements of* | $2,968.41 |
| *leaving a balance on hand of[1]:* | $4,613.59 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $4,613.59 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,158.07 | $0.00 | $1,158.07 |
| David P. Leibowitz, Trustee Expenses | $2.72 | $0.00 | $2.72 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,160.79 |
| Remaining balance: | $3,452.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $3,452.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,452.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,395.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Prestige Financial Services | $11,802.78 | $0.00 | $2,831.02 |
| 2 | Springleaf Financial Services | $2,592.26 | $0.00 | $621.78 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $3,452.80 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in

UST Form 101-7-NFR (10/1/2010)

full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
       Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 14-29364-JPC
LaPonda Renee Brown                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 1          Date Rcvd: Jun 17, 2015
                              Form ID: pdf006          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2015.
```
db            +LaPonda Renee Brown,    7722 S Throop,    Chicago, IL 60620-3755
22320574      +City of Chicago,    PO Box 88292,    Chicago, IL 60680-1292
22320573      +City of Chicago Dept Finance,    PO Box 88292,    Chicago, IL 60680-1292
22320578      +Debt Recovery,    RE: US Cellular,    900 Merchants Concourse,    Westbury, NY 11590-5121
22320572      +Debt Recovery Solutions,    RE: US Cellular,    900 Merchants Concourse,
               Westbury, NY 11590-5121
22320575      +Enhanced Recovery,    RE: Sprint,    PO Box 1259 Dept 98696,    Oaks, PA 19456-1259
22320576      +Express Cash Mart,    PO Box 5598,    Elgin, IL 60121-5598
22320569      +National Account Services,    RE: Fifth Third BAnk,    1246 University Avenue,
               Saint Paul, MN 55104-4106
22320571      +RJM Acquisitions LLC,    RE: Bank of America,    575 Underhill Blvd Suite 224,
               Syossett, NY 11791-3416
23272544     +++Springleaf Financial Services of Illinois Inc,    P.O. Box 3251,    Evansville, IN 47731-3251
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22320576       +E-mail/Text: jerry@allcreditlenders.net Jun 18 2015 01:17:40      Express Cash Mart,
               PO Box 5598,    Elgin, IL 60121-5598
22320568        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 18 2015 01:16:49      Jefferson Capital Systems,
               16 McLeland Rd,    Cloud, MN 56303
22267892        E-mail/Text: bankruptcy@gopfs.com Jun 18 2015 01:17:44      Prestige Financial Services,
               PO Box 26707,    Salt Lake City UT 84126-0707
22320570        E-mail/PDF: cbp@springleaf.com Jun 18 2015 01:14:27      Springleaf Financial,    2313 W 95th St,
               Chicago, IL 60643
                                                                                              TOTAL: 4
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22320577        City of Chicago,    Department of Finance,    PO Box 88292
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2015                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2015 at the address(es) listed below:
```
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 2
```